**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVEN BARNWELL AND BAMBI STETLER ,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | |
| | **NO.  16-4739** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | |
| **Defendant.** | |

## <u>O R D E R</u>

 **AND NOW**, this 14th day of November, 2017, upon consideration of the Defendant's

Motion for Partial Summary Judgment (ECF No. 14), the Plaintiffs' Response thereto (ECF No.

18), Defendant's Reply to Plaintiffs' Response (ECF No. 21), Plaintiffs' Sur-Reply (ECF No.

22), the Supplemental Brief submitted by Defendant (ECF No. 24), and the Supplemental Brief

submitted by Plaintiffs (ECF No. 25), **IT IS ORDERED** that Defendant's Motion is

**GRANTED**.  Plaintiffs' claim of bad faith is **DISMISSED WITH PREJUDICE**.


 **BY THE COURT:**


 **/s/Wendy Beetlestone, J.**

 _____
 **WENDY BEETLESTONE, J.**